No. 597.  MILLS *v.* ALABAMA.  Appeal from Sup. Ct. Ala.  (Question of jurisdiction postponed, 382 U. S. 936.)  Motion of the Alabama Press Association et al. for leave to participate in oral argument, as *amici curiae,* denied.  *James C. Barton* on the motion.

No. 1075, Misc.  WOOD *v.* BOLES, WARDEN;
No. 1079, Misc.  HOCHBERG *v.* CALIFORNIA;
No. 1097, Misc.  IN RE DAUP;
No. 1105, Misc.  WHITE *v.* DIRECTOR, VETERANS ADMINISTRATION HOSPITAL;
No. 1108, Misc.  LYNCH *v.* UNITED STATES;
No. 1130, Misc.  LONG *v.* BOLES, WARDEN;
No. 1170, Misc.  CERVANTES *v.* UNITED STATES; and
No. 1174, Misc.  GREATHOUSE *v.* BOLES, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1064, Misc.  MINCHELLA *v.* LEVIN, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL.; and
No. 1106, Misc.  SCHACK *v.* ROBERTS, CLERK OF THE HOUSE OF REPRESENTATIVES.  Motions for leave to file petitions for writs of mandamus denied.

No. 1052, Misc.  SCHACK *v.* SIMPSON, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL.  Motion for leave to file petition for writ of mandamus and/or prohibition and for other relief denied.

No. 1109, Misc.  MORTON *v.* KANSAS ET AL.  Motion for leave to file petition for writ of prohibition denied.

No. 860.  UNITED STATES *v.* FABRIZIO.  Appeal from D. C. W. D. N. Y.  Probable jurisdiction noted.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the

United States. *William Maynard,* Attorney General of New Hampshire, and *Joseph A. Millimet,* Special Assistant to the Attorney General, for the State of New Hampshire, as *amicus curiae,* in opposition to the appeal.

No. 789. UNITED STATES *v.* NATIONAL STEEL CORP. ET AL. Appeal from D. C. S. D. Tex. Probable jurisdiction noted. *Solicitor General Marshall, Assistant Attorney General Turner, Irwin A. Seibel* and *Jerry Z. Pruzansky* for the United States. *Denman Moody* and *C. Brien Dillon* for National Steel Corp. et al., and *B. J. Bradshaw* for Brown et al., appellees.

No. 652. TRANSPORTATION-COMMUNICATION EMPLOYEES UNION *v.* UNION PACIFIC RAILROAD CO. C. A. 10th Cir. Motion for leave to file supplemental petition for writ of certiorari granted. Petition for writ of certiorari is also granted. *Milton Kramer* and *Lester P. Schoene* for petitioner. *James A. Wilcox* for respondent. *Clarence M. Mulholland, Edward J. Hickey, Jr.,* and *Richard R. Lyman* for Railway Labor Executives' Association, as *amicus curiae,* in support of the petition.

No. 869. HEIDER, ADMINISTRATOR *v.* MICHIGAN SUGAR CO. Sup. Ct. Mich. Certiorari granted. *Gregory M. Pillon* and *Bernard S. Kahn* for petitioner. *Carl H. Smith, Sr.,* for respondent.

No. 876. NATIONAL LABOR RELATIONS BOARD *v.* ACME INDUSTRIAL CO. C. A. 7th Cir. Certiorari granted. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *E. Allan Kovar* for respondent.